# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 7, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154764(75)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

LONNIE JAMES ARNOLD,
        Defendant-Appellee.
_____/

SC:  154764
COA:  325407
Monroe CC:  13-040406-FH

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his brief is GRANTED.  The brief will be accepted as timely filed if submitted on or before August 9, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 7, 2017



Clerk